# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151617

PEOPLE OF THE CITY OF CLAWSON,
      Plaintiff-Appellee,

v

                                SC: 151617
                                COA: 323869
JINHEE PARK,                             Oakland CC: 2013-137018-AR
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 9, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016 _____



                                Clerk

a0414